448 A.2d 1170

Commonwealth v. Jacobs, Appellant.

Submitted April 6, 1982. Karen Deanna Williams, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

448 A.2d 1171

Commonwealth v. Jones, Appellant.

Submitted March 24, 1982. Susan Claire DeYoung, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.